# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

Tyler Division

Case No. 3-24CV3218-G
*(to be filled in by the Clerk's Office)*

Kevin James Kohute

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

City of Tyler Police Department

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Kevin James Kohute
Street Address: 601 E Valentine Street
City and County: Tyler, Smith County
State and Zip Code: Texas, 75702
Telephone Number: None
E-mail Address: cdkevinkohute3@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1
- Name: State bar Assoication
- Job or Title (if known): State bar of Texas
- Street Address: 1414 Colorado St
- City and County: Austin, Tx, Travis County
- State and Zip Code: Texas, 78701
- Telephone Number: 512-427-1463
- E-mail Address (if known):

Defendant No. 2
- Name: us Federal eastern district clerk
- Job or Title (if known):
- Street Address: 211 w Ferguson street room 106
- City and County: Tyler, Smith County
- State and Zip Code: Texas, 75702
- Telephone Number: 903-590-1000
- E-mail Address (if known):

Defendant No. 3
- Name: The Genecov Group
- Job or Title (if known): real estate developer
- Street Address: 1350 Dominion Plaza
- City and County: Tyler, Smith County
- State and Zip Code: Texas, 75702
- Telephone Number: 903-509-8844
- E-mail Address (if known):

Defendant No. 4
- Name: STATE Bar of Texas
- Job or Title (if known): State BAR Assoication
- Street Address: 2605 W 49th 1/2
- City and County: Austin, Travis County
- State and Zip Code: Texas, 78701
- Telephone Number: 214-753-2200
- E-mail Address (if known):

II. **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 USC 1983, 28 USC 636, chapter 72 failure to inspect, failure of entry, discrimination and no due process of 14 day court case favoritism

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Kevin James Kohute, is a citizen of the State of *(name)* Texas.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* City of Tyler Police department, is a citizen of the State of *(name)* Texas. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

  b. If the defendant is a corporation

The defendant, *(name)* **City of Tyler Police department**, is incorporated under the laws of the State of *(name)* **Texas**, and has its principal place of business in the State of *(name)* **Texas**.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* **Tyler, Texas**.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**$20 dollars for Postal Stamp Please file a new case #**

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**Emotional stress from Police misconduct of harrassment and discrimination in a school zone by mean officer**

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**Apology letter and Confference to Press Criminal Charges, Federal rules of Procedure 72**

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/18/2024

Signature of Plaintiff   *Kevin James White*
Printed Name of Plaintiff   Kevin James Kohute

B.  **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

Judge: Nicole Mitchell
Judge: Jeffery Kerr cadle
Your name: [signature]

**Factual Details of your complaint against the Judge** *(continued):*

City Police harrassment of city police officer threatening me to put me in jail and I need to make a Police officer misconduct report on numerous officers of the City of Tyler Police Department for wasting gas in a company vehicle and banning me from a Genecov property or something, Please file a new case number, US federal court favoritism of the court. and not following 28 usc 636 14 day Court Processing rule of Procedure. Judges misconduct reports needs to be made for not accepting a indigent court cost waiver and trying to scam me of $402 dollars knowing I'm homeless without a job

Section 6 (continued)





Kevin James Rohate
601 E Valentine Street
Tyler, Texas, 75702

X-RAY

US Federal Courthouse Clerk
1100 Commerce Street Room 1452
Dallas, Texas, 75242

NORTH TEXAS TX P&DC
DALLAS TX 750
18 DEC 2024 PM 1 L

DEC 23 2024